IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CR-37-RLV

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROCKY SIGMON, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion for Temporary Release and Transport. [Doc. No. 31]. In the Request, Defendant petitions the Court for temporary release so that he may attend the funeral of a family member. Defendant represents that the funeral will take place on February 18, 2016. However, Defendant's Motion was not filed with the Court until February 19, 2016. *See* [Doc. No. 31]. Thus, Defendant did not file his Motion until the basis for the request for release and transport had already transpired.

Accordingly, the Motion is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: March 8, 2016

Richard L. Voorhees
United States District Judge